# Return

| Case No.: 4:16-mj-4 | Date and time warrant executed: 4/27/2016 0940 | Copy of warrant and inventory left with: ON SITE |
|---|---|---|

Inventory made in the presence of: SA ROBERT ERNEST

Inventory of the property taken and name of any person(s) seized:

- VA SCC Document: GovSecurity, LLC
- City of Danville Business License: Ecomnets Federal

Received in Chambers
by electronic mail
May 13, 2016
2:44 PM
Hon. Robert S. Ballou
United States Magistrate

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 13, 2016

JULIA C. DUDLEY, CLERK
BY: s/A. Melvin
DEPUTY CLERK

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/27/2016

*Executing officer's signature*

ROBERT ERNEST, SPECIAL AGENT
*Printed name and title*

# ATTACHMENT A

The location to be searched is an office of approximately 325 square feet located on the third floor of a building situated at 530 Main Street, Suite 304, Danville, Virginia 24541. The building itself is brown brick with square, white concrete facades framing the second and third floor windows. The building is labeled with signage that reads First Citizens Bank. The office space itself is situated on the uppermost floor on the west side of the building. The suite itself consists of at least two rooms, the first of which is adjacent to the third floor hallway and which has a glass wall and entry door which fronts that hallway. On the glass wall and door appears signage that reads "Ecomnets Federal Solutions LLC." Beyond the first room is a second room that contains one or more windows which look outside to the west of the building. A desk and computer equipment are visible in that room from the hallway.



13

## ATTACHMENT B

1. The items to be seized are fruits, evidence, records and information relating to, contraband, or instrumentalities of violations of 18 U.S.C. § 371 (Conspiracy); 18 U.S.C. § 1001(a)(2) (Material false statements); 18 U.S.C. § 1014 (False statements to federal lending and grant-making agencies); and 18 U.S.C. § 1546(a) (Visa fraud). These include the specific categories of documents and records further described below.

2. Any and all records of any businesses owned, operated or controlled by Raju KOSURI and/or Smriti JHARIA, including but not limited to any and all corporate, proprietor and partnership documents pertaining to the formation of such entities, including, but not limited to records pertaining to ECOMNETS FEDERAL SOLUTIONS, LLC (also known as GOVSECURITY, LLC), ECOMNETS, INC., DATA SYSTEMS, INC., UNITED SOFTWARE SOLUTIONS, INC., UNIFIED SYSTEMS, INC., UNITED TECH, INC., CITRIX SOFTWARE, INC., AGILITY SOFTWARE, INC., AMERICAN EAGLE SOFTWARE, INC., and/or RESILIENCE SOFTWARE SOLUTIONS, INC.

3. Any and all records for the businesses named in the preceding paragraph that pertain to HUBZone certification applications and employment-based visa applications or other correspondence with the SBA.

4. Identity documents relating to employment including, but not limited to, Form I-551 Alien Registration Receipt Card, Form I-765 Employment Authorization Card, U.S. and foreign passports, visas, I-94 Departure Records, birth certificates, social security cards, and foreign national identity documents.

5. Evidence of employment or intended employment, including but not limited to correspondence and documentation regarding employee labor contracts or agreements, recruiting, hiring and verification, employee payroll lists, pay stubs, performance evaluations, DHS Form I-9 Employment Eligibility Verification, Department of Labor Form ETA-750/9035E Application for Alien Labor Certification, USCIS Form I-129 Petition for a Non-Immigrant Worker, employment applications, photocopies of documentation for employment eligibility, time sheets, and any other documents relating to or included in employee personnel files.

6. Any and all records representing the personal and corporate income and expenses of the businesses named in Paragraph 2 of this attachment, to include: financial statements, books of original entry, general ledgers, subsidy ledgers, journals, registers, invoices, receipts, accounts payable and accounts receivable; records relating to bank accounts, including but not limited to bank statements, deposit slips, registers, check books, checks, cancelled checks, check stubs, money orders, cashier checks, bank receipts and wire transfer notices; all documents constituting or relating to any personal or corporate income tax return and the supporting schedules and attachments to include but not limited to Internal Revenue Service Forms 1120, 1120s, 941, 940, 1040, 1040ez, W-2, 1099, K-1 and schedules such as Schedule C, E and related tax information.

7. All records referring or relating to the location any cash or funds, including any safe deposit box or key; records of ownership and title of vehicles, license plates, registration, proof of insurance, records of ownership to real property, documents and copies of documents representing identification.

15

Case 4:16-mj-00004-RSB Document 4 Filed 05/13/16 Page 5 of 5 Pageid#: 27